The Honorable Brian A Tsuchida

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTH AMERICAN DERIVATIVES EXCHANGE, INC., d/b/a OG,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS W. BROWN, in his official capacity as Attorney General for the State of Washington; TINA GRIFFIN, in her official capacity as Executive Director of the Washington State Gambling Commission; SARAH LAWSON, in her official capacity as Chair of the Washington State Gambling Commission; ALICIA LEVY, in her official capacity as Vice Chair of the Washington State Gambling Commission; NOAH SKARTVEDT, in his official capacity as Commissioner of the Washington State Gambling Commission; and MICHAEL CHARLES, in his official capacity as Commissioner of the Washington State Gambling Commission,<br><br>Defendants. | No. 2:26-cv-02579<br><br>STIPULATED MOTION AND [PROPOSED] ORDER CONCERNING ENFORCEMENT ACTIONS<br><br>NOTE ON MOTION CALENDAR: August 18, 2026 |



BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WA 98101
206.223.7000 FAX: 206.223.7107

# STIPULATED MOTION

Plaintiff North American Derivatives Exchange, Inc., d/b/a OG ("OG") and Defendants Nicholas W. Brown, Tina Griffin, Sarah Lawson, Alicia Levy, Noah Skartvedt, and Michael Charles (collectively, "Defendants," and together with OG, the "Parties"), through their undersigned counsel, respectfully submit this stipulated motion to jointly request that the Court enter the proposed order below. The proposed order would approve the Parties' agreement that Defendants shall not pursue certain civil or criminal enforcement actions against OG, and would stay the above-captioned action pending the Ninth Circuit's resolution of related appeals that the Parties agree present the same preemption issues raised in this case. In support of their request, the Parties represent as follows:

1. **WHEREAS**, on July 22, 2026, OG filed this action against Defendants concerning Defendants' potential enforcement of Washington state law concerning OG's role in the trading of event contracts on federally regulated Designated Contract Markets ("DCMs"), (ECF No. 1);

2. **WHEREAS**, OG has alleged that all state laws are preempted as they relate to trading of event contracts on DCMs as a result of the Commodity Exchange Act ("CEA");

3. **WHEREAS**, currently before the United States Court of Appeals for the Ninth Circuit are appeals arising from litigation in the United States District Court for the District of Nevada captioned *North American Derivatives Exchange, Inc. v. Dreitzer*, No. 25-cv-00978-APG-BNW (D. Nev. Oct. 14, 2025), *appeal filed sub nom. North American Derivatives Exchange, Inc. v. Nevada*, No. 25-7187 (9th Cir.); *KalshiEx, LLC v. Dreitzer*, No. 25-cv-00575-APG-BNW (D. Nev. Nov. 24, 2025), *appeal filed sub nom. KalshiEx, LLC v. Assad*, No. 25-7516 (9th Cir.); and *Robinhood Derivatives, LLC v. Dreitzer*, No. 25-cv-01541-APG-DJA (D. Nev. Nov. 25, 2025), *appeal filed*, No. 25-7831 (9th Cir.) (collectively, the "Ninth Circuit Appeals");

4. **WHEREAS**, the Ninth Circuit Appeals are fully briefed, were argued on April



BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WA 98101
206.223.7000 FAX: 206.223.7107

16, 2026 and concern the same preemption issues raised by OG's Complaint; and

5. **WHEREAS**, the Parties have conferred regarding this action and agree good cause exists to grant their requested relief to prevent unnecessary expenditure of judicial resources and the Parties' resources while the related issues are before the Ninth Circuit.

6. The Parties therefore stipulate and agree (subject to Court approval) that:

a. Defendants shall not pursue civil or criminal enforcement actions against OG for alleged violations of Washington's Consumer Protection Act, RCW § 19.86; Gambling Act, RCW § 9.46; and Recovery of Money Lost at Gambling Act, RCW § 4.24.070, or any other Washington state law with respect to OG's role in transactions involving event contracts traded on a DCM until further order of this Court is issued following a decision by the Ninth Circuit resolving one or more of the Ninth Circuit Appeals (the "Ninth Circuit Decision") and the occurrence of the first of the following events (the "Conditions"):

i. The deadline to seek *en banc* review of the Ninth Circuit Decision expires without such further review being sought;

ii. The request for such further review is denied; or

iii. The issuance of an *en banc* decision from the Ninth Circuit.

b. This action shall be administratively stayed pending order of this Court following the Ninth Circuit Decision and the occurrence of the first of the Conditions.

c. Within ten (10) days of the Ninth Circuit Decision and the occurrence of the first of the Conditions, the Parties shall meet and confer regarding whether agreement may be reached about the status of this action.

d. Absent agreement to a different course of action following the Parties' conference, within twenty (20) days of the Ninth Circuit Decision and



BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WA 98101
206.223.7000 FAX: 206.223.7107

the occurrence of the first of the Conditions, the Parties shall submit a status report informing the Court of their respective opinions regarding the impact of the Ninth Circuit Decision on the status of this action.

e. If this Court does not enter a further order, as specified in item 6(b) above, within eighteen (18) months of the date of filing of this stipulation, Defendants reserve the right to withdraw this stipulation upon fourteen (14) days' written notice to OG.

f. The Parties agree that by entering into this stipulation, they do not waive any rights in this action beyond those expressly stated herein. The Parties also agree that this stipulation does not resolve any claim or defense asserted in this action, and that neither OG nor Defendants will make any motion or argument on the basis of this stipulation, except as it concerns enforcement of this stipulation.



BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WA 98101
206.223.7000 FAX: 206.223.7107

DATED this 18th day of August 2026.

BALLARD SPAHR LLP

By s/ John S. Devlin
John S. Devlin, III, WSBA No. 23988
devlinj@ballardspahr.com
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Telephone: 206-223-7000

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

Robert A. Fumerton, (*pro hac vice*)
David Meister, (*pro hac vice*)
Judith A. Flumenbaum, (*pro hac vice*)
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
david.meister@skadden.com
robert.fumerton@skadden.com
judy.flumenbaum@skadden.com

Shay Dvoretzky, (*pro hac vice*)
1440 New York Avenue NW
Washington, DC 20005
Telephone: (202) 371-7000
shay.dvoretzky@skadden.com

*Attorneys for Plaintiff North American Derivatives Exchange, Inc., d/b/a OG*

NICHOLAS W. BROWN
Attorney General

By s/Andrea Alegrett
ANDREA ALEGRETT, WSBA No. 50236
JULIA K. DOYLE, WSBA No. 43993
BEN BRYSACZ, WSBA No. 54683
MATTHEW GEYMAN, WSBA No. 17544
SEANN COLGAN, WSBA No. 38769
TERRENCE MANGAN, WSBA No. 65269
Assistant Attorneys General
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744
andrea.alegrett@atg.wa.gov
julie.doyle@atg.wa.gov
ben.brysacz@atg.wa.gov
matt.geyman@atg.wa.gov
seann.colgan@atg.wa.gov
tk.mangan@atg.wa.gov

*Attorneys for Defendant Nicholas W. Brown, in his official capacity as Attorney General for the State of Washington*

By s/ Suzanne Becker
SUZANNE BECKER, WSBA #40546
MATTHEW KERNUTT, WSBA #35702
Assistant Attorneys General
PO Box 40100
Olympia, WA 98504-0100
suzanne.becker@atg.wa.gov
matthew.kernutt@atg.wa.gov

*Attorneys for Defendants Tina Griffin, Alicia Levy, Sarah Lawson, Noah Skartvedt, and Michael Charles in their official capacities with the Washington State Gambling Commission*

I certify that this memorandum contains 741 words, in compliance with the Local Civil Rules.

**ORDER**

IT IS SO ORDERED.

DATED this ____ day of ______________, 2026.

______________________________
Judge Brian A. Tsuchida
United States Magistrate Judge



BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WA 98101
206.223.7000 FAX: 206.223.7107